| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |



FILED
APR 19 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Information associated with mollyj24682@yahoo.com that is stored at premises controlled by Yahoo! Inc. | CASE NO. 2:16-SW-390 AC<br><br>[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, redacted application and affidavit, and return are unsealed. The original, unredacted application and affidavit shall remain under seal. The government ~~may~~ **shall** produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Alexander Jordan Miller*, No. 2:17-CR-52-JAM.

DATED: 4/19/17

_____
Hon. Allison Claire
United States Magistrate Judge

1